# IN THE UNITED STATES COURT OF APPEALS
## FOR THE FIFTH CIRCUIT

————

No. 18-20178
Conference Calendar

United States Court of Appeals
Fifth Circuit

**FILED**
March 4, 2019

Lyle W. Cayce
Clerk

————

UNITED STATES OF AMERICA,

Plaintiff−Appellee,

versus

FELIPE ALVINO DE LA CRUZ, Also Known as Jesus Contreras-Almazan,

Defendant−Appellant.

————————

Appeal from the United States District Court
for the Southern District of Texas
No. 4:17-CR-521-1

————————

Before HIGGINBOTHAM, SMITH, and HAYNES, Circuit Judges.

PER CURIAM:[*]

The Federal Public Defender appointed to represent Felipe Alvino De La

————

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

No. 18-20178

Cruz has moved for leave to withdraw and has filed a brief per *Anders v. California*, 386 U.S. 738 (1967), and *United States v. Flores*, 632 F.3d 229 (5th Cir. 2011). Alvino De La Cruz has filed a response. The record is not sufficiently developed to allow us to make a fair evaluation of Alvino De La Cruz's claims of ineffective assistance of counsel; we therefore decline to consider the claims without prejudice to collateral review. *See United States v. Isgar*, 739 F.3d 829, 841 (5th Cir. 2014).

We have reviewed counsel's brief, relevant portions of the record, and Alvino De La Cruz's response. We concur with counsel's assessment that the appeal presents no nonfrivolous issue for appellate review. Accordingly, the motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities herein, and the appeal is DISMISSED. *See* 5TH CIR. R. 42.2.